SWAN, Treasurer of the State,
*against*
JOHN COLFAX et al.

In an action at the suit of the State Treasurer, the State Attorney cannot tax costs for the plaintiff's travel.

THE plaintiff brought his action upon a promissory note made to him in his official capacity, and had judgment.

The State Attorney moved to tax costs for the

travel of the plaintiff from *Woodstock*, the place of his residence.

Swan
v.
Colfax et al.

*Sed per Curiam.* It has never been the practice to tax costs for the travel of the State Treasurer.

*Levi House*, for plaintiff.
*Bates Turner*, for defendant.